WRIGHT, FINLAY & ZAK, LLP
Joan Carol Spaeder-Younkin, Esq., SBN 192235
Joshua R. Hernandez, Esq., SBN 258266
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
jhernandez@wrightlegal.net

Attorneys for Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-43 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-43, *erroneously sued separately as* "The Bank of New York Mellon f/k/a/ The Bank of New York, a New York banking entity; and The Bank of New York Mellon, a non-existent New York Corporation"

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NIKI-ALEXANDER SHETTY, An individual,<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC., A Delaware Corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-43 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-43, a fictitious entity; The Bank of New York Mellon f/k/a/ The Bank of New York, a New York banking entity; THE BANK OF NEW YOR Mellon, a non-existent New York | Case No: CV 16-8774-GW(FFMx)<br><br>*Assigned to Hon. George H. Wu*<br><br>**JUDGMENT OF DISMISSAL**<br><br>Ctrm.: 9D (9th Floor)<br><br>Complaint filed: November 23, 2016 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Corporation; All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest In the Property Described In The Complaint Adverse to Plaintiff's Title Or Any Cloud On Plaintiff's Title Thereto AND DOES 1-10 inclusive.<br><br>                           Defendants. |

On March 2, 2017, the District Court, <u>granted</u> the Motion to Dismiss the First Amended Complaint of Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-43 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-43 ("BONYM" or "Defendant") <u>with</u> prejudice.

Pursuant to the Court's Order **IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that a Judgment of Dismissal, with prejudice, is entered in favor of Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-43 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-43 and against Plaintiff NIKI-ALEXANDER SHETTY.

**IT IS SO ORDERED.**

Date: March 8, 2017                    ____*George H. Wu*____
                              GEORGE H. WU, U.S. District Judge